# No. 24-90001

In The

## United States Court of Appeals

For The Eleventh Circuit

―――――▶▶◀◀―――――

Jane Doe, On behalf of Herself and All Others Similarly Situated,
*Plaintiff and Respondent*,

v.

MG Freesites Ltd, D/B/A Pornhub, MG Freesites II Ltd, MindGeek S.a.r.l.,
MindGeek USA Incorporated, MG CY Holdings Ltd, MG Content RT Limited,
9219-1568 Quebec, Inc. D/B/A MindGeek, and MG Billing Ltd,
*Defendants and Petitioners*.

―――――

On Appeal from the United States District Court
for the Northern District of Alabama (Western Division)
Hon. L. Scott Coogler, District Judge
Case No. 7:21-cv-00220-LSC

## DEFENDANTS-PETITIONERS' CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Derek L. Shaffer | Sara M. Turner |
| Quinn Emanuel Urquhart | Baker, Donelson, Bearman, |
| & Sullivan, LLP | Caldwell & Berkowitz, PC |
| 1300 I St. NW, #900 | 1901 Sixth Avenue North, Suite 2600 |
| Washington, DC 20005 | Birmingham, AL 35203 |
| Telephone: (202) 538-8000 | Telephone: (205) 250-8316 |

Michael T. Zeller (application forthcoming)
Michael E. Williams (application forthcoming)
Quinn Emanuel Urquhart
 & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Counsel for Defendants-Petitioners*

January 8, 2024

## CERTIFICATE OF INTERESTED PARTIES

In accordance with 11th Circuit Rule 26.1-1(a), Defendants-Petitioners MG Freesites Ltd, MG Freesites II LTD, MindGeek S.a.r.l., MindGeek USA Incorporated, MG CY Holdings Ltd, MG Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd provide the following list of all known trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations with an interest in the outcome of this case or appeal:

1. Hon. L. Scott Coogler, District Judge

2. Defendant-Petitioner MG Freesites Ltd

3. Defendant-Petitioner MG Freesites II LTD

4. Defendant-Petitioner MindGeek S.a.r.l.

5. Defendant-Petitioner MindGeek USA Incorporated

6. Defendant-Petitioner MG CY Holdings Ltd

7. Defendant-Petitioner MG Content RT Limited

8. Defendant-Petitioner 9219-1568 Quebec Inc.

9. Licensing IP International S.a.r.l., affiliate of one or more Defendants-Petitioners

10. ECP One Ltd BVI, affiliate of one or more Defendants-Petitioners

11. ECP Three Ltd BVI, affiliate of one or more Defendants-Petitioners

12. ECP Four Ltd BVI, affiliate of one or more Defendants-Petitioners

13. ECP Alpha Holding Ltd BVI, affiliate of one or more Defendants-Petitioners

14. ECP Alpha LP, affiliate of one or more Defendants-Petitioners

15. SIE Holdings Limited, affiliate of one or more Defendants-Petitioners

16. Ethical Capital Partners Ltd BVI, affiliate of one or more Defendants-Petitioners

17. FMSM Holdings, Inc. (OBCA), affiliate of one or more Defendants-Petitioners

18. 1000498476 Ontario Inc. (OBCA), affiliate of one or more Defendants-Petitioners

19. Hayden A. Coleman, counsel for Defendants-Petitioners

20. Kathleen N. Massey, counsel for Defendants-Petitioners

21. Angela Liu, counsel for Defendants-Petitioners

22. Christopher R. Boisvert, counsel for Defendants-Petitioners

23. Diane L. Cafferata, counsel for Defendants-Petitioners

24. Lindsay Pickell Lounsbury, counsel for Defendants-Petitioners

25. Michael Ernest Williams, counsel for Defendants-Petitioners

26. Michael Zeller, counsel for Defendants-Petitioners

27. Robert Jason Becher, counsel for Defendants-Petitioners

28. Sara M. Turner, counsel for Defendants-Petitioners

29. Thomas D. Nolan, counsel for Defendants-Petitioners

30. William G. Somerville , III, counsel for Defendants-Petitioners

31. Plaintiff Jane Doe, whose true name is disclosed at R.102-34

32. Gregory M. Zarzaur, counsel for Plaintiff Jane Doe

33. Joshua Patrick Hayes, counsel for Plaintiff Jane Doe

34. Louis C. Bechtle, counsel for Plaintiff Jane Doe

35. Alexandria MacMaster, counsel for Plaintiff Jane Doe

36. Benjamin W. Bull, counsel for Plaintiff Jane Doe

37. Brian Dooley Kent, counsel for Plaintiff Jane Doe

38. Christen M. Price, counsel for Plaintiff Jane Doe

39. Daniel Blake Williams, counsel for Plaintiff Jane Doe

40. Danielle M. Bianculli Pinter, counsel for Plaintiff Jane Doe

41. Gaetano Anthony D'Andrea, counsel for Plaintiff Jane Doe

42. Jillian Patricia Roth, counsel for Plaintiff Jane Doe

43. Joseph W. Jesiolowski, counsel for Plaintiff Jane Doe

44. Kathryn L. Avila, counsel for Plaintiff Jane Doe

45. Kelsie Marie Overton, counsel for Plaintiff Jane Doe

46. Kevin D. Kent, counsel for Plaintiff Jane Doe

47. Kimberly Lambert Adams, counsel for Plaintiff Jane Doe

48. M. Stewart Ryan, counsel for Plaintiff Jane Doe

49. Mark B. Schoeller, counsel for Plaintiff Jane Doe

50. Peter A. Gentala, counsel for Plaintiff Jane Doe

51. Vanessa Huber, counsel for Plaintiff Jane Doe

52. Victor Paul Bucci, II, counsel for Plaintiff Jane Doe

Pursuant to Rule 26.1(a) of the Federal Rules of Appellate Procedure, Defendants-Petitioners MG Freesites Ltd, MG Freesites II LTD, MindGeek S.a.r.l., MindGeek USA Incorporated, MG CY Holdings Ltd, MG Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd provide the following disclosures:

MG Freesites Ltd declares it is a subsidiary of MG CY Holdings Ltd, which is a subsidiary, through affiliates,[1] of 1000498476 Ontario Inc. (OBCA). No publicly held corporation owned 10 percent or more of the stock of MG Freesites Ltd.

MindGeek S.a.r.l. declares it was previously the parent corporation of MG Freesites II Ltd; and further declares that as of December 31, 2018, the entire business and ownership of MG Freesites II Ltd was transferred to MG Freesites Ltd, and MG Freesites II Ltd was dissolved. No publicly held corporation owned 10 percent or more of the stock of MG Freesites II Ltd.

---

[1] Licensing IP International S.a.r.l.; MindGeek S.a.r.l.; ECP One Ltd BVI; ECP Three Ltd BVI; ECP Four Ltd BVI; ECP Alpha Holding Ltd BVI; ECP Alpha LP; SIE Holdings Limited; Ethical Capital Partners Ltd BVI; and FMSM Holdings, Inc. (OBCA).

4

MindGeek S.a.r.l. declares its parent corporation is, through the affiliates in footnote 1, 1000498476 Ontario Inc. (OBCA). There is no publicly held corporation that owns 10 percent or more of MindGeek S.a.r.l.'s stock.

MindGeek USA Inc. declares its parent corporation is MindGeek S.a.r.l., which is a subsidiary, through the affiliates in footnote 1, of 1000498476 Ontario Inc. (OBCA). There is no publicly held corporation that owns 10 percent or more of MindGeek USA Inc.'s stock.

MG CY Holdings Ltd declares its parent corporation is MindGeek S.a.r.l., which is a subsidiary, through the affiliates in footnote 1, of 1000498476 Ontario Inc. (OBCA). There is no publicly held corporation that owns 10 percent or more of MG CY Holdings Ltd's stock.

MG Billing Ltd declares its parent corporation is MindGeek S.a.r.l., which is a subsidiary, through the affiliates in footnote 1, of 1000498476 Ontario Inc. (OBCA). There is no publicly held corporation that owns 10 percent or more of MG Billing Ltd's stock.

Dated: January 8, 2024                              */s/ Sara M. Turner*
                                                                   Sara M. Turner

## CERTIFICATE OF SERVICE

      I, Sara Turner, hereby certify that I electronically filed the foregoing Defendants-Petitioners' Certificate of Interested Parties with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: January 8, 2024                            */s/ Sara M. Turner*
                                                                         Sara M. Turner